MAX SOLAR, Respondent, *v.* REALTY SURETIES, INC., Appellant.

HERBERT SOLAR, an Infant, by MAX SOLAR, His Guardian ad Litem, Respondent, *v.* REALTY SURETIES, INC., Appellant.

(Submitted October 23, 1930; decided November 18, 1930.)

*Robert H. Charlton* and *John T. Loughran* for appellant. *Theodore R. Jaffe, Jeremiah A. O'Leary* and *Morris Kohn* for respondents.

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.